# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**Anna Nuby et al.,**

   **Plaintiffs,**

**v.**              **Case No. 25-2317-JWL**

**Integra Property Group, LLC et al.,**

   **Defendants.**

## <u>MEMORANDUM & ORDER</u>

Plaintiffs filed this lawsuit against defendants alleging, among other claims, discrimination pursuant to 42 U.S.C. § 1981.  This matter is presently before the court on plaintiffs' second motion for "interlocutory order of default" (doc. 9).  The motion is denied based on plaintiffs' continued failure to comply with Rule 55(a).  The court reiterates what it stated in its Memorandum and Order dated July 23, 2025—plaintiffs must first ask the Clerk of the Court to enter default.

**IT IS THEREFORE ORDERED BY THE COURT THAT** plaintiffs' second motion for interlocutory order of default (doc. 9) is denied without prejudice.

**IT IS SO ORDERED.**

Dated this 24th day of July, 2025, at Kansas City, Kansas.

s/John W. Lungstrum
HON. JOHN W. LUNGSTRUM
United States District Judge